# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TALBOTT SR., | Case No. CV 19-00925 VAP (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. KOENIG, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 5, 2019

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE