1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   KENNETH TALBOTT SR.,              Case No. CV 19-00925-VAP (RAO)
12                  Petitioner,
                                      **ORDER VACATING JULY 5, 2019**
13        v.                          **ORDER AND JUDGMENT;**
                                      **REOPENING CASE; AND**
14   C. KOENIG,                       **ACCEPTING REPORT AND**
                                      **RECOMMENDATION OF UNITED**
15                  Respondent.       **STATES MAGISTRATE JUDGE**
16

17         On May 29, 2019, the Magistrate Judge issued a Report and Recommendation

18   ("Report") recommending dismissal of this action. Dkt. No. 11. Objections to the

19   Report were due on June 18, 2019. Dkt. No. 10. No Objections were received by

20   the June 18, 2019 deadline. On July 5, 2019, the Court accepted the Report,

21   dismissed the action, and entered judgment. Dkt. Nos. 12-13.

22         On July 29, 2019, the Court received a letter from Petitioner with his

23   Objections. Dkt. Nos. 15-16. Petitioner states that he turned over his Objections to

24   prison authorities on June 12, 2019, and he observed a prison officer sealing it and

25   placing it in the mail bag for outgoing legal mail. Dkt. No. 15 at 1-2. When Petitioner

26   received the Court's July 5, 2019 dismissal order, he confronted the prison officer,

27   who repeated that she did mail the Objections out as observed by Petitioner. *Id.* at 1-

28   2. Petitioner provides the Court with a document labeled "TriFacility Outgoing Legal

Mail," which appears to show that a piece of mail was sent by Petitioner to the U.S. District Court in Los Angeles on June 13, 2019. Dkt. No. 16.

The Court will construe Petitioner's letters as a request for relief from judgment under Federal Rule of Civil Procedure 60(b) ("Rule 60(b)").

Rule 60(b) provides for relief from judgment upon a showing of: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason justifying relief. *See* Fed. R. Civ. P. 60(b).

The Court finds that Petitioner has established entitlement to relief from the July 5, 2019 order accepting the Report and the judgment dismissing this action so that the Court may consider the Objections. Petitioner states that he attempted to file his Objections on June 13, 2019 by turning over the Objections to a prison official. Dkt. No. 15. This would have been prior to the June 18, 2019 deadline to file Objections. *See* Dkt. No. 10. Petitioner declares that he watched prison officials seal the envelope containing his Objections and place it in the mailing bag. Dkt. No. 15. Petitioner also attaches a document that appears to show that Petitioner did send a piece of mail to the Court on June 13, 2019. Dkt. No. 16. However, no filing was received by this Court after June 13, 2019 until the instant request. Thus, it appears that Petitioner is not at fault for his Objections failing to reach the Court prior to the July 5, 2019 judgment. Petitioner filed the instant Rule 60(b) request within a reasonable time, as judgment was entered less than a month before Petitioner filed his request. These facts present adequate grounds to reopen the action for the purpose of considering Petitioner's Objections to the Report.

Accordingly, the action is REOPENED for the purpose of considering Petitioner's Objections to the Report.

///

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

2

records and files herein, and the Report. The Court has further engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: August 6, 2019_

VIRGINA A. PHILLIPS
UNITED STATES DISTRICT JUDGE