# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TALBOTT SR., <br>     Petitioner, <br>     v. <br> C. KOENIG, <br>     Respondent. | Case No. CV 19-00925-VAP (RAO) <br><br> JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATE: August 6, 2019

_____
VIRGINA A. PHILLIPS
UNITED STATES DISTRICT JUDGE